JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KRUSE, an individual<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITIBANK (SOUTH DAKOTA), N.A., et al.,<br><br>　　　　　Defendants. | **Case No. EDCV08-0675 SGL (VBK)**<br><br>Assigned to the Honorable Stephen G. Larson<br><br>**JUDGMENT**<br><br>Action Filed: May 15, 2008 |

LA 51181383

# JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Preliminary Order (the "Award"), dated April 13, 2009, entered by the National Arbitration Forum (the "NAF") in favor of Citibank (South Dakota), N.A. ("Citibank") and against plaintiff David Kruse ("Plaintiff") in the arbitration proceeding entitled <u>David Kruse v. Citibank (South Dakota), N.A.</u>, NAF File No. MX0809002157402, is **CONFIRMED**, pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 9, 13.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that judgment is entered against Plaintiff and in favor of Citibank. Citibank shall recover against Plaintiff all costs incurred in connection with Citibank's motion to compel arbitration, which the Court granted on September 8, 2008 (<u>see</u> Minute Order, ECF No. 12), and in enforcing the Award pursuant to a Bill of Costs.

Dated:   September 23, 2009

*/s/ S.G. Larson*
The Honorable Stephen G. Larson
United States District Judge

Submitted by:

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
MARCOS D. SASSO

By:   */s/ Marcos D. Sasso*
    Marcos D. Sasso

Attorneys for Defendant
    CITIBANK (SOUTH DAKOTA), N.A.

LA 51181383